MARC S. CWIK, ESQ.
Nevada Bar No. 06946
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 07862
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
PH: (702) 893-3383
FAX: (702) 893-3789
E-Mail: Marc.Cwik@lewisbrisbois.com
E-Mail: Adam.Pernsteiner@lewisbrisbois.com
E-Mail: Rebekkah.Bodoff@lewisbrisbois.com

Attorneys for Defendant
CITIMORTGAGE, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT NEIL EMORY,<br><br>Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC.; and DOES I – X,<br><br>Defendant. | CASE NO. 2:12-cv-01685-APG-VCF<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF ROBERT NEIL EMORY AND DISMISSING PLAINTIFF'S COMPLAINT, WITH PREJUDICE** |

Before the Court is "Defendant CitiMortgage, Inc.'s Motion for Summary Judgment."

**PROCEDURAL HISTORY**

The Plaintiff initiated this matter on September 25, 2012, with the filing of his original Complaint, alleging claims for (1) breach of contract for failing to terminate the Private Mortgage Insurance ("PMI") and for failing to consider Plaintiff's request for a loan modification and principal modification under the National Mortgage Settlement Act; (2) breach of implied covenant of good faith and fair dealing for failing to fulfill the terms of the contract for not terminating the PMI; and (3) negligence per se for failing to follow the Homeowners Protection Act ("HOPA") and the National Mortgage Settlement Agreement. Defendant CitiMortgage

4813-0671-4393.1

1  (hereinafter "CitiMortgage") answered on November 26, 2012, after a stipulation to extend time
2  to answer.
3      On October 23, 2013, CitiMortgage filed its Motion for Summary Judgment. The Plaintiff
4  did not file an opposition to CitiMortgage's motion.
5      On March 7, 2014, after reviewing the motion on the merits, and finding the motion
6  meritorious, the Court, issued a minute order granting CitiMortgage's Motion for Summary
7  Judgment. The Court further found grounds to grant CitiMortgage's Motion for Summary
8  Judgment pursuant to Local Rule 7-2(d), as the Plaintiff did not file an opposition to the motion.
9      Accordingly, the Court having considered the motion on the merits, hereby finds:

### FINDINGS

11  THE COURT HEREBY FINDS that because, Plaintiff never brought his account current
12  in accord with the language of HOPA, the automatic termination provision of HOPA was never
13  triggered, and Plaintiff was never entitled to termination of his PMI.

14  THE COURT FURTHER FINDS that Plaintiff has no cause of action under the National
15  Mortgage Settlement Agreement because it is a consent judgment between the states and mortgage
16  servicers, providing no private cause of action to individual borrowers who are only incidental
17  beneficiaries. This Court, in agreement with, *Rehbein v CitiMortgage, Inc.*, 2013 U.S. Dist.
18  LEXIS 49104 (E.D.Va. 2013), finds the language of the consent judgment did not intend
19  individual borrows to be able to sue to protect the benefits the consent judgment confers.

20  THE COURT FURTHER FINDS that even if Plaintiff did have a private right of action,
21  jurisdiction for enforcement of the National Mortgage Settlement Agreement lies solely with the
22  United States District Court for the District of Columbia.

23  THE COURT FURTHER FINDS that Plaintiff is not entitled to any other loan
24  modification or remedy based on his own admission that he had no agreements with CitiMortgage
25  to change the terms of the note or deed of trust at any point in time.

26  ///
27  ///
28  ///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4813-0671-4393.1      2

## ORDER

Based upon the foregoing findings, and good cause appearing, the Court Orders as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Citimortgage, Inc.'s Motion for Summary Judgment is GRANTED.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint is DISMISSED, with prejudice.

DATED this 21st day of March, 2014.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By_____/s/_____
MARC S. CWIK, ESQ.
Nevada Bar No. 06946
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 07862
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

4813-0671-4393.1                                 3